IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RANDALL LAMONT ROLLE,

    Plaintiff,

v.                                                  CASE NO. 4:17cv306-RH/CAS

RODERICK ROBINSON et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 3, and the objections, ECF No. 5. The recommendation is for dismissal for failure to pay the filing fee. The plaintiff is not eligible to proceed *in forma pauperis* because he has at least three "strikes" under 28 U.S.C. § 1915(g) and has not alleged that he is in imminent danger of serious physical injury.

    In the objections, the plaintiff says he asked his parents to send in the filing fee. But the clerk has not received the fee. The filing fee was due with the complaint. With his extensive litigation history, the plaintiff surely knows that he

must pay the filing fee when he files the complaint. Otherwise he imposes a burden on the judicial system that he has not paid for—precisely as has happened here.

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is dismissed without prejudice." The clerk must close the file.

SO ORDERED on August 30, 2017.

s/Robert L. Hinkle  
United States District Judge